## United States District Court
### Northern District of New York

# JUDGMENT IN A CIVIL CASE

**CASE NUMBER:  5:00-CV-1833**

**THERESE LORE**

　　　　　- v -

**CITY OF SYRACUSE POLICE DEPARTMENT;
JOHN FALGE**, Chief of Police; **DANIEL BOYLE**,
First Deputy Chief; **ROBERT TASSONE**, Deputy
Chief; **ROY BERNARDI**, Mayor, City of Syracuse;
**MIKE RATHBUN**, Lieutenant, Syracuse Police
Department; **MIKE KERWIN**, Captain, Syracuse
Police Department; **RICK GUY**, Syracuse Corporation
Counsel, individually and in his official capacity;
**MICHAEL LEMM**, individually and in his official
capacity

[ X ]   Jury verdict.  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ X ]   Decision by Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the plaintiff Therese Lore is awarded judgment against the defendant City of Syracuse in the sum of $ 417,955.34 ($ 250,000.00 compensatory damages plus attorney's fees and costs of $ 167,955.34). The action is dismissed against the defendants City of Syracuse Police Department, John Falge, Daniel Boyle, Robert Tassone, Roy Bernardi, Mike Rathbun, Mike Kerwin, Rick Guy, and Michael Lemm; all in accordance with the Order of Hon. David N. Hurd, United States District Judge, filed September 11, 2009.

**September 11, 2009**
**DATE**

Clerk of Court

　　　　　　　　　　　　　　　　　　 **C. Mergenthaler**
　　　　　　　　　　　　　　　　　　 **(BY) DEPUTY CLERK**

Entered and served 9/11/09